UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JOE CASTELLUCCI,  :<br>   :<br>  Plaintiff,  :<br>   :<br>  -v-  :<br>   :<br> RAND BEERS, et al.  :<br>   :<br>  Defendant.  :<br>   : | Civil Action No. 13-6691 (JAP)<br><br>**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE** |

This matter having come before the Court on the Report and Recommendation of United States Magistrate Judge Tonianne Bongiovanni, filed on October 6, 2014; and the Court having received no objections to the Report and Recommendation; and the Court having reviewed the Report and Recommendation and the record in this matter and for good cause having been shown,

**IT IS ON** this 24th day of October, 2014,

**ORDERED** that the Report and Recommendation of Magistrate Judge Bongiovanni recommending that Plaintiff's complaint be dismissed with prejudice in accordance with Fed. R. Civ. P. 37(b)(2) and 41(b) for his "pattern of non-compliance with his obligations under the Federal Rules of Civil Procedure" and "a failure to prosecute this matter which he initiated" is hereby ADOPTED as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that plaintiff's complaint is DISMISSED; and it is further

**ORDERED** that this case is CLOSED.

/s/ JOEL A. PISANO
United States District Judge